IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  05-CV-00361-RPM-MJW

MICHELS CRANE SALES, INC.,

    Plaintiff,

v.

RIDGE CRANE SERVICE, INC., and
STERLING CRANE, INC.,

    Defendants.

## ORDER FOR STATUS REPORT

On April 27, 2005, and August 8, 2005, plaintiff's counsel directed letters to the Clerk of the Court, advising that the parties have "reached an agreement in principle." Nothing further has been filed with the Court.  It is now

ORDERED that on or before September 26, 2005, the parties shall submit a joint status report regarding their efforts to resolve this dispute.

Dated:  September 14, 2005

                BY THE COURT:

                s/Richard P. Matsch

                _____
                Richard P. Matsch, Senior District Judge