IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 05-CV-00361-RPM-MJW

MICHELS CRANE SALES, INC.,

      Plaintiff,

v.

RIDGE CRANE SERVICE, INC., and
STERLING CRANE, INC.,

      Defendants.

## ORDER FOR DISMISSAL

Pursuant to the Status Report and Notice of Dismissal filed by plaintiff on September 21, 2005, it is

ORDERED that the action and complaint are dismissed with prejudice.

Dated: September 26, 2005

                      BY THE COURT:

                      s/Richard P. Matsch

                      _____
                      Richard P. Matsch, Senior District Judge